UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
**AARON DEMOND SMALLS**,
:
                    Plaintiff,
:  **MEMORANDUM DECISION AND**
            – against –
:  **ORDER**
:  25-CV-674 (AMD) (LKE)
**JUDGE ANTHONY BATTISTI, KEVIN**
:
**EUGENE MORGAN, DR. PERRY,**
**CORRECTIONAL OFFICER DAVIES 13893**,
:
                   Defendants.
:
------------------------------------------------------------ X

**ANN M. DONNELLY**, United States District Judge:

On January 30, 2025, the *pro se* plaintiff, a pretrial detainee incarcerated at Rikers Island, brought this action pursuant to 42 U.S.C. § 1983, along with an application to proceed *in forma pauperis* ("IFP"). (ECF Nos. 1, 5.) On October 16, 2025, the Court granted the plaintiff's IFP application and dismissed the complaint with leave to amend within 30 days. (ECF No. 9.) The Court notified the plaintiff that it would enter judgment and close the case if he did not file an amended complaint or request an extension of time. (*Id.* at 7.)

The plaintiff has not filed an amended complaint or requested an extension, and the time for doing so has passed. Accordingly, the Clerk of Court is respectfully directed to enter judgment, close this action, send a copy of this Order to the plaintiff, and note the mailing on the docket.[1]

---

[1] A copy of the October 16 Order sent to the plaintiff was returned to the Court because the plaintiff was discharged from Rikers Island. (ECF No. 10.) The plaintiff has not filed a notice of change of address. It is the plaintiff's responsibility to inform the Court of his change of address. *See Citak v. More Consulting Corp.*, No. 17-CV-6049, 2018 WL 5311411, at *2 (E.D.N.Y. Oct. 25, 2018) (collecting cases).

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

**SO ORDERED.**

                                                     s/Ann M. Donnelly
                                                   ANN M. DONNELLY
                                                   United States District Judge

Dated: Brooklyn, New York
        December 5, 2025